IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -2 AM 6:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SUSAN PATRICIA DRAKE,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Case No.: 2:05cv2391 BBD-dkv<br>)<br>)   JURY DEMAND<br>)<br>) |

### ORDER GRANTING STAY PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS CAUSE came before the Court on the motion of Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from VIOXX®. The Court, having considered the motion and the entire record in the cause finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

SO ORDERED, ADJUDGED and DECREED, this the __1__ day of August, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

JACKSON 1050266v1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02391 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Andrew R. Carr
BATEMAN GIBSON,LLC
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT